UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER, | No. 2:23-cv-00458-KJM-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a state prison inmate, proceeds without counsel in an action brought under 42 U.S.C. § 1983. On January 11, 2024, the court ordered plaintiff to pay the filing fee within 14 days. ECF No. 8. The court admonished plaintiff that failure to do so would result in dismissal of the action. The time for acting has passed, and plaintiff has failed to pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The complaint is dismissed without prejudice for failure to comply with the court's January 11, 2024 order. Fed. R. Civ. P. 41(b).

2. The Clerk of Court is directed to close the case.

3. The court declines to issue a certificate of appealability.

DATED: March 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE